No. 24-5872

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

MARK R. MEADOWS,

*Defendant - Appellant,*

vs.

STATE OF ARIZONA

*Plaintiff - Appellee.*

**On Appeal from an Order of the
United States District Court for the District of Arizona**

**District Court Case No.: 2:24-cv-002063-JJT**

## APPELLANT'S NOTICE THAT NO ADDITIONAL TRANSCRIPTS WILL BE ORDERED

George J. Terwilliger, III
TERWILLIGER LAW PLLC
P.O. Box 74
Delaplane, VA 20144

Anne Chapman
Lee Stein
Kathleen E. Brody
MITCHELL | STEIN | CAREY |
CHAPMAN, PC
2600 N. Central Ave.
Suite. 1000
Phoenix, AZ 85004

John S. Moran
MCGUIREWOODS LLP
888 16th Street
Suite 500
Washington, D.C. 20006
jmoran@mcguirewoods.com
T: (202) 828-2817
F: (202) 828-3327

Pursuant to Circuit Rule 10-3.1(c), Appellant Mark R. Meadows provides this Court with the attached copy of a notice that was filed in the district court on September 6, 2024, and indicates that he does not intend to order any additional transcripts for his appeal to the Ninth Circuit, Case No. 24-5872, because all transcripts have been previously ordered and produced. *See* ECF No. 18.

DATED this 11th day of November, 2024.

   */s/John S. Moran*
John S. Moran

*Attorney for Appellant*

✎AO 435
AZ Form (Rev. 10/2023)
Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

| | FOR COURT USE ONLY |
|---|---|
| | DUE DATE: |

| 1. NAME Anne Chapman | 2. PHONE NUMBER 602-358-0290 | 3. DATE 09/06/2024 |
|---|---|---|

| 4. FIRM NAME Mitchell Stein Carey Chapman, PC |
|---|

| 5. MAILING ADDRESS 2600 N. Central Ave. Suite 1000 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85004 |
|---|---|---|---|

| 9. CASE NUMBER 2:24-cv-02063-JJT | 10. JUDGE John J. Tuchi | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 09/05/2024 | 12. |

| 13. CASE NAME State of Arizona v. Mark Meadows | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY | 15. STATE |

16. ORDER FOR
☐ APPEAL          ☐ CRIMINAL               ☐ CRIMINAL JUSTICE ACT        ☐ BANKRUPTCY
☐ NON-APPEAL      ☒ CIVIL                  ☐ IN FORMA PAUPERIS           ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Evidentiary Hearing | 09/05/2024 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | | |
| 14-Day Transcript | ☐ | ☐ | | ☐ PAPER COPY | |
| 7-Day (Expedited) | ☒ | ☐ | | | |
| 3 -Day Transcript | ☐ | ☐ | | ☒ PDF (e-mail) | |
| Next-Day (Daily) | ☐ | ☐ | | | |
| 2-Hour (Hourly) | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| Realtime Transcript | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS Anne@msscclaw.com |
|---|---|
| 19. SIGNATURE *Anne Chapman* | **NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE   09/06/2024 | |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY