**No. 24-5872**

In the

# United States Court of Appeals

## For the Ninth Circuit

———————

**STATE OF ARIZONA,**
*Plaintiff-Appellee,*

v.

**MARK MEADOWS,**
*Defendant-Appellant.*

———————

Appeal from the United States District Court for the District of Arizona
The Honorable John J. Tuchi
No. 2:24-cv-02063-JJT

———————

### STIPULATED MOTION FOR VOLUNTARY DISMISSAL

———————

| | |
|---|---|
| Anne M. Chapman | John S. Moran |
| Lee Stein | MCGUIREWOODS LLP |
| Kathleen E. Brody | 888 16th Street, NW |
| MITCHELL STEIN CAREY     CHAPMAN, PC | Washington, DC 20006 |
| | Telephone: (202) 525-0356 |
| 2600 N Central Ave, Ste 1000 | jmoran@mcguirewoods.com |
| Phoenix, AZ 85004 | |
| | George J. Terwilliger, III |
| | TERWILLIGER LAW PLLC |
| | P.O. Box 74 |
| | Delaplane, VA 20144 |

*Counsel for Appellant Mark Meadows*

i

Pursuant to Appellate Rule 42(b)(1), Appellant Mark Meadows and Appellee the State of Arizona submit this stipulated motion for voluntary dismissal of the above-captioned appeal. Each side agrees to bear its own costs and fees on appeal.

Undersigned counsel for Mr. Meadows has conferred with counsel for Appellee, who have confirmed agreement to the stipulation and consented to the inclusion of their electronic signature.

Dated: December 6, 2024      Respectfully submitted,

*/s/ John S. Moran*
John S. Moran
MCGUIREWOODS LLP
888 16th Street, NW
Washington, DC 20006
Telephone: (202) 525-0356
jmoran@mcguirewoods.com

George J. Terwilliger, III
TERWILLIGER LAW PLLC
P.O. Box 74
Delaplane, VA 20144

Anne M. Chapman
Lee Stein
Kathleen E. Brody
MITCHELL STEIN CAREY CHAPMAN, PC
2600 N Central Ave, Ste 1000
Phoenix, AZ 85004

*Counsel for Appellant Mark Meadows*

1

*/s/ Casey D. Ball*
Casey D. Ball
Nicholas Klingerman
Krista Wood

OFFICE OF THE ARIZONA
ATTORNEY GENERAL
2005 N Central Ave
Phoenix, AZ 85004
casey.ball@azag.gov
nicholas.klingerman@azag.gov
krista.wood@azag.gov

*Counsel for Appellee State of Arizona*
